# LAVERY & SIRKIS

ATTORNEYS AT LAW

699 WASHINGTON STREET, Suite 103

HACKETTSTOWN, NEW JERSEY 07840

(908)-850-6161

FAX (908)-852-7423

JOAN S. LAVERY

October 8, 2014

**Via Email Regina_Price@njb.uscourts.gov**
Hon. Christine M. Gravelle
United States Bankruptcy Court, District of New Jersey
Clarkson S. Fischer Federal Building & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

    Re:    **TOMLINSON VENTURES, LLC V. MARIA WARMBOLD**
              Maria Warmbold
              Case # 14-13212
              Adv Case # 14-01483

Dear Judge Gravelle:

    This firm represents the debtor, Maria Warmbold, in the above referenced adversary proceeding. Please accept this letter as a status report.

    The parties are in mediation, and have a mediation session scheduled for Thursday, October 10, 2014 with Nancy Isaacson, Esq.

    Debtor provided all documents to the best of their ability. Plaintiff will also be scheduling depositions.

                                                                 Very truly yours,

                                                                  Joan Sirkis Lavery

cc: Patrick Tobias, Esq.