

**Patrick D. Tobia**
Of Counsel
Admitted in NJ

651 West Mount Pleasant Avenue
Suite 200
Livingston, NJ 07039
T: 973.863.7628  F: 973.994.3375
E: ptobia@morganlawfirm.com

February 17, 2015

**Via Email Regina_Price@njb.uscourts.gov**
Hon. Christine M. Gravelle
United States Bankruptcy Court, District of New Jersey
Clarkson S. Fischer Federal Building & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

  **Re: TOMLINSON VENTURES, LLC v. MARIA WARMBOLD AND DONALD WARMBOLD**
    Adversary Case Number: 14-1483
    Our File No.:  PDT 33-416 U EA/PDT
    Statue Conference: February 18, 2015

Dear Judge Gravelle:

  This firm represents the Plaintiff Tomlinson Ventures in this adversary proceeding.  Please accept this letter as a status report on the case at this time. We also request a postponement of the status conference for the reasons stated below. We have the consent of my adversary, Joan Lavery, Esq.

  The parties were in mediation, and had a mediation session with Nancy Isaacson, Esq. of Greenbaum Rowe Smith & Davis LLP.  We had a good mediation session in October, and adjourned to come back in January 2015.  Right before we were scheduled to return to mediation, the Trustee in this case filed a new adversary proceeding against the Debtor's husband.  This new action complicates the landscape for a settlement of my client's claims with the debtor.

  The debtor's husband just filed an answer to the Trustee's adversary case.  I have conferred with my adversary, Joan Lavery, and she and I agree that we need to

assess the Trustee's new adversary case against the debtor's husband to determine if we are still able to try to settle our case.

I believe that Ms. Lavery is currently out of her office on vacation. Upon her return she and I will confer on a new proposed discovery schedule which we would like to coordinate with the Trustee's adversary case since the cases are interrelated. I will also contact the Trustee's counsel to try to coordinate the schedules. I will submit a new scheduling order under separate cover once I speak with Ms. Lavery. For now we respectfully ask that the Court please adjourn the status conference.

Very truly yours,

/s/ Patrick D. Tobia

PATRICK D. TOBIA

PDT
cc:    Joan Lavery, Esq. (via email)
       Tomlinson Ventures, LLC

{00998389}