| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>In Re: Maria E. Warmbold,<br><br>        Debtor. | |
| In Re:<br><br>Tomlinson Ventures, LLC, Plaintiff,<br><br>vs.<br><br>Maria E. Warmbold, Defendant. | Case No.:    14-13212<br>Adv. Pro. No.:    14-01483<br>Chapter:    7<br>Hearing Date:    N/A<br>Judge:    Christine M. Gravelle |

## MEDIATION REPORT

1. Pursuant to an order by this court dated _____August 25, 2014_____, referencing this matter to the bankruptcy mediation program, a mediation conference(s):

    ☑ was held on [list date(s) of conference(s)]:

    October 9, 2014

    ☐ was not held.

2. A settlement resolution of this matter:

    ☐ was reached     ☑ was not reached  -  Mediation Terminated Per Court Order

3. [If a settlement was reached:] The party designated to prepare the stipulation and proposed consent order to the court is: _____ [identify party by name]. The stipulation and proposed consent order will be filed on or before _____ [date].

Dated: June 30, 2015

*[Mediator's Signature]*
Mediator's Signature

Mediator's name: Nancy Isaacson, Esq.

Address: Greenbaum Rowe Smith & Davis LLP

75 Livingston Ave., Roseland, NJ 07068

nisaacson@greenbaumlaw.com

Telephone: (973) 577-1930; F (973) 577-1931

*new.5/1/14*